[Nos. 16356-3-III; 16357-1-III.   Division Three.   March 17, 1998.]

CARROL E. POWE, *Respondent*, v. WILLIAM D. BRYAN, ET AL., *Appellants*.

WILLIAM D. BRYAN, ET AL., *Appellants*, v. CARROL E. POWE, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for Stevens County, Nos. 96-2-00076-9, 94-2-00043-6, Fred L. Stewart, J., entered December 11, 1996 and January 8, 1997. *Affirmed in part* and *remanded* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 16360-1-III.   Division Three.   March 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN JOSEPH THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-02278-1, Paul A. Bastine, J., entered December 20, 1996. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.

[No. 16430-6-III.   Division Three.   March 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIE MARIE KING, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-00086-9, Robert D. Austin, J., entered January 28, 1997. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.